In the Matter of NEW YORK STATEWIDE COALITION OF HISPANIC CHAMBERS OF COMMERCE et al., Respondents, v NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE et al., Appellants.

Submitted May 5, 2014; decided May 8, 2014

Motion by New York State Conference of the National Association for the Advancement of Colored People et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Judge RIVERA taking no part.

In the Matter of NEW YORK STATEWIDE COALITION OF HISPANIC CHAMBERS OF COMMERCE et al., Respondents, v NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE et al., Appellants.

Submitted May 5, 2014; decided May 8, 2014

Motion by The Chamber of Commerce of the United States of America et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

Judge RIVERA taking no part.

In the Matter of NEW YORK STATEWIDE COALITION OF HISPANIC CHAMBERS OF COMMERCE et al., Respondents, v NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE et al., Appellants.

Submitted May 5, 2014; decided May 8, 2014

Motion by Paul A. Diller et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge RIVERA taking no part.